IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2022 JUL 27 PM 12:59

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS F. MATOS-ROSA,<br><br>Defendant. | INDICTMENT<br><br>Criminal No. 22- 333(ADC)<br><br>Violations:<br>18 U.S.C. § 922(a)(1)(A)<br><br>Forfeiture Allegation<br><br>ONE COUNT<br><br>*FILED UNDER SEAL* |

**THE GRAND JURY CHARGES:**

### GENERAL ALLEGATIONS

1. Since 2019, LUIS F. MATOS-ROSA has acquired and then transferred over 104 firearms in Puerto Rico. Several of these transfers occurred within 72 hours of his acquisition of the guns.

2. MATOS-ROSA has paid to advertise his guns for sale on websites such as comprayventadearmas.com and pewpewpr.com.

### COUNT ONE
Engaging in the Business of Dealing in Firearms Without a License
18 U.S.C. §§ 922(a)(1)(A) and 2

Beginning in 2019 and continuing up until 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

LUIS F. MATOS-ROSA,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code did willfully engage in the business of dealing in firearms. All in violation of 18

U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 922(a)(1)(A) as set forth in Count One of this Indictment, the defendant,

LUIS F. MATOS-ROSA,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense. All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON
Date: 7·27·22

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

_____
Linet Suárez
Assistant United States Attorney
Violent Crimes Division

2