IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | CRIMINAL NO. 22-333(ADC-CVR) |
| | * | |
| LUIS F. MATOS-ROSA | * | |
| | * | |
| Defendant | * | |

The undersigned defendant __LUIS F. MATOS-ROSA__, hereby affirms that she/he has been advised of the charges in Indictment __22-333(ADC-CVR)__, that counsel has forwarded to him/her a copy of said Indictment, and after being duly advised of his/her rights to be present at arraignment, waives said right and respectfully enters PLEA OF NOT GUILTY to the charges levied against him/her, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure.

_____
DEFENDANT'S SIGNATURE

_____
ATTORNEY'S SIGNATURE

08/08/2022
DATE

Landron Vera, LLC
1610 Avenida Ponce De Leon, Suite 2B
Edif. Santa Ana
San Juan, PR 00909
ADDRESS

USDC.-PR-214511
BAR NUMBER